# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 3043 Disciplinary Docket No. 3 |
| | : | |
| JOHN MACAULEY BURKMAN, JR., | : | No. 44 DB 2024 |
| A/K/A JOHN M. BURKMAN, JR. | : | |
| | : | (District of Columbia Court of Appeals, |
| | : | No. 23-BG-0980) |
| | : | |
| | : | Attorney Registration No. 65933 |
| | : | |
| | : | (Out of State) |

## ORDER

**PER CURIAM**

   **AND NOW**, this 10th day of June, 2024, having indicated his consent to the imposition of reciprocal discipline, John Macauley Burkman, Jr., a/k/a John M. Burkman, Jr., is disbarred from the practice of law in the Commonwealth of Pennsylvania. He shall comply with the provisions of Pa.R.D.E. 217.